**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6698

RAY EDWARD WELLS, a/k/a Ray Anthony Wells,

Plaintiff - Appellant,

versus

LARRY W. POWERS; MEDICAL STAFF,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Cameron McGowan Currie, District Judge.  (CA-04-178-8-CMC)

Submitted:  October 18, 2005        Decided: October 20, 2005

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ray Edward Wells, Appellant Pro Se. James Howarth Ritchie, Jr., Scott F. Talley, Spartanburg, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ray Edward Wells seeks to appeal the district court's order granting summary judgment to defendants. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's judgment was entered on the docket on February 23, 2005. The notice of appeal was filed on May 5, 2005.[*] Because Wells failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny Wells' motions to expedite and for appointment of counsel, and dispense with oral argument because the facts and legal contentions are adequately presented in the

---

[*]For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. See Fed. R. App. P. 4(c); Houston v. Lack, 487 U.S. 266 (1988).

materials before the court and argument would not aid the decisional process.

DISMISSED